IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KAMAAL MALLORY | : | NO. 12-379 |

ORDER

AND NOW, this 11th day of March, 2013, upon consideration of the defendant's motion to suppress (Docket No. 13), and the briefs in support of and opposition to that motion, and following an evidentiary hearing held on January 7, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the motion is GRANTED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.